# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DONALD L. SYKES,

     Petitioner,

v.                                        Case No. 8:09-CV-26-T-30TGW

WILLIAM ARTHUR WILKES, et. al.,

     Respondents.

_____/

## ORDER OF TRANSFER

     Petitioner, an inmate in a Florida penal institution proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (hereinafter "petition")(Dkt. 1), an affidavit in support of his petition (Dkt. 2), a motion to stay state court proceedings (Dkt. 4), and an emergency motion for a protective order (Dkt. 5). It appears from the record that the judgment of conviction against which relief is sought was entered by the Fourth Judicial Circuit Court in and for Clay County, Florida.  Therefore, pursuant to 28 U.S.C. § 2241 (d), this case is transferred to the United States District Court for the Northern District of Florida for all further proceedings, and the Clerk shall close this case and immediately forward the file to that District.

     **DONE** and **ORDERED** in Tampa, Florida on March 16, 2009.

_____
**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

SA: sfc
Copies to:  Plaintiff *pro se*